**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 18, 2012

No. 11-60410
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JEREMY YOUNG,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:10-CR-54-1

Before CLEMENT, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Jeremy Young pleaded guilty to possession with intent to distribute more than five grams of cocaine base and possession of a firearm during, in relation to, and in furtherance of drug trafficking. In his sole issue on appeal, he contends that the district court erred by refusing to apply the Fair Sentencing Act of 2010 (FSA) to his sentence. His argument is foreclosed by our decision in *United States v. Tickles*, 661 F.3d 212, 214-15 (5th Cir. 2011), *petitions for cert. filed* (Dec. 15, 2011) (No. 11-8023) and (Dec. 27, 2011) (No. 11-8268), which held

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that the FSA does not apply retroactively to defendants whose sentencing occurred after the FSA's effective date but whose offenses occurred before the effective date.  Although the Supreme Court has recently granted certiorari in two Seventh Circuit cases that held that the FSA does not apply retroactively, our precedent is nevertheless binding.  *See United States v. Lopez-Velasquez*, 526 F.3d 804, 808 n.1 (5th Cir. 2008).

Accordingly, the judgment of the district court is AFFIRMED.